IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01510-WDM-MJW

DENISE SOLANO,

Plaintiff(s),

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion to Compel Plaintiff to Submit to Rule 35 Evaluation (docket no. 22) is DENIED.  Plaintiff has already agreed to submit to a Fed. R. Civ. P. 35 examination with Dr. Peter Weingarten.  Dr. Weingarten specializes in orthopedic surgery.  Defendant now seeks a second Fed. R. Civ. P. 35 examination with Mr. Renfro, who is a vocational rehabilitation counselor.  Here, the court finds that a second Fed. R. Civ. P. 35 examination is not warranted.  Moreover, the court finds that Defendant has failed to demonstrate good cause for a second Fed. R. Civ. P. 35 examination.  In this case, Mr. Renfro can use the information gathered by Dr. Weingarten during his Fed. R. Civ. P. 35 examination along with other discovery in this case to assist him in rendering his opinion in the area of vocational rehabilitation.

Date:  March 13, 2006