IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01510-WDM-MJW

DENISE SOLANO,

Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Leave to Take Depositions Out of Time, which was filed on March 30, 2006 (Docket No. 33), is granted to the extent that the depositions of the plaintiff, Patrick Renfro, R.N., and Gloria Nieto may be taken on or before May 1, 2006.  It is further

ORDERED that the (Unopposed) Motion for Extension of Time for Plaintiff's Response to Defendant's Motion for Leave of Court to File Second Amended Answer, which was filed on April 4, 2006 (Docket No. 34), is granted, and the plaintiff shall thus have up to and including April 7, 2006, to file a Response to Defendant's Motion for Leave of Court to File Amended Answer (Docket No. 30).

Date: April 4, 2006