IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01510-WDM-MJW

DENISE SOLANO,

Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion of Defendant American Bankers Insurance Company of Florida to Stay Discovery and Pending Litigation (docket no. 42) is DENIED for those reasons as stated in the Plaintiff's response.  Moreover, this identical motion was raised and filed by Defendant in a companion case filed in the United States District Court for the District of Colorado in <u>Warren v. American Bankers Insurance Company of Florida</u> under case no. 04-CV-01876-RPM.  In the <u>Warren</u> case, Senior Judge Matsch denied this identical motion.

Date: May 17, 2006