IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01510-WDM-MJW

DENISE SOLANO,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida Insurance company,

    Defendant.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

    This matter is before me on the recommendation of Magistrate Judge Michael J. Watanabe, issued April 25, 2006, that Defendant American Bankers Insurance Company of Florida's (American Bankers) motion for leave to file an amended answer, filed March 13, 2006, be denied. American Bankers filed a timely objection to the recommendation, and is entitled to de novo review. 28 U.S.C. § 636(b).

    Having reviewed the pertinent portions of the record in this case, including the motion, response, and reply, the recommendation, the objection, and the response to the objection, I agree with Magistrate Judge Watanabe that leave to amend should be denied. Since the motion for leave to amend was filed after the deadline established by the Scheduling Order, American Bankers cannot obtain relief unless it first demonstrates good cause under Fed. R. Civ. P. 16(b). *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-608 (9th Cir. 1992); *Pumpco, Inc v. Schenker Int'l,*

*Inc.*, 204 F.R.D. 667, 668-69 (D. Colo. 2001). In contrast to the Rule 15(a) standard governing an ordinary motion to amend, the Rule 16(b) inquiry is significantly more stringent and focuses primarily on the diligence of the moving party. *Johnson*, 975 F.2d at 609. I agree with Magistrate Judge Watanabe that American Bankers has failed to demonstrate good cause. A mere failure, without any excuse, to think of a potential defense prior to the deadline's passing does not constitute good cause, but rather evinces a lack of diligence. *See id.* ("[C]arelessness is not compatible with a finding of diligence and offers no reason for a grant of relief.").

Accordingly, it is ordered:

1. The recommendation issued by Magistrate Judge Watanabe on April 25, 2006 (Docket No. 41), is accepted.

2. Defendant's motion for leave to file an amended answer, filed March 13, 2006 (Docket No. 30), is denied.

DATED at Denver, Colorado, on June 1, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge