IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01510-WDM-MJW

DENISE SOLANO,

Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Motion for Leave to File Response to Motion for Summary Judgment, and Response to Motion to Bifurcate, Out of Time (document 69) is GRANTED up to and including June 14, 2006.

Date: June 7, 2006