IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01510-WDM-MJW

DENISE SOLANO,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida insurance company,

    Defendant.

## ORDER ON MOTION TO AMEND

Miller, J.

This matter is before me on Defendant's motion to amend my March 14, 2007, order pursuant to Fed. R. Civ. P. 59(e). Such a motion should only be granted to address (1) an intervening change in the controlling law; (2) new evidence previously unavailable; or (3) the need to correct clear error or prevent manifest injustice. *Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000). Rather than demonstrating any of these grounds, however, Defendant's motion merely revisits issues that have already been decided, and rehashes arguments that either were or could have been presented in prior briefing. *See id.* (noting that such arguments are inappropriate in a Rule 59(e) motion). For example, Defendant argues that I should follow *Bexley v. Dillon Cos.*, No. 04-cv-01661, 2006 WL 758474, at *3-4 (D. Colo. March 23, 2006) and *Minne v. Hinkhouse*, No. 05-cv-00325, 2006 WL 467947, at *2 (D. Colo. March 23, 2006) and dismiss this case. However, as clearly indicated in my

order (and my citation of these two cases), after thoroughly surveying the case law on this issue, I am persuaded that the better approach is a stay of some kind, i.e., an administrative closure.  (Order, March 13, 2007, Docket No. 107, at 6-7.)

Accordingly, it is ordered that Defendant's motion to amend, filed March 27, 2007 (Docket No. 108), is denied.

DATED at Denver, Colorado, on June 13, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge