IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Civil Action No. 05-cv-01510-WDM-MJW

DENISE SOLANO,

    Plaintiff,

ALBERT HOFFMAN, CHAPTER 7 TRUSTEE,

    Plaintiff in Intervention,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida insurance company,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR BRIEFING SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT**
**(DN 142)**

---

    It is hereby ORDERED that the Joint Motion for Briefing Schedule Regarding Motions for Summary Judgment, DN 142, is GRANTED and the following briefing schedule is entered:

    a.    Dispositive motions shall be due Thursday, June 5, 2008;

    b.    A response brief shall be filed within 15 days after the date of filing of the motion, or such other time as the court may order; and,

    c.    A reply brief may be filed within 10 days of the date of filing of the opposing brief, or such other time as the court may order.

Signed and dated this 15th day of May, 2008.

                                                  s/Michael J. Watanabe
                                                MICHAEL J. WATANABE
                                                U.S. Magistrate Judge