**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 05-cv-01510-CMA-MJW

DENISE SOLANO,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Defendant.

## ORDER SETTING FINAL TRIAL PREPARATION CONFERENCE

THIS MATTER comes before the Court *sua sponte.* It appears from a review of the file that a five-day jury trial is set for May 4, 2009, at 8:30 a.m. Therefore,

IT IS ORDERED that the Final Trial Preparation Conference is hereby set for **April 24, 2009, at 1:30 p.m.**

DATED: November 10, 2008.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge